In re MARRIAGE OF Barbara KUHLMAN and Robert F. Kuhlman.

Barbara KUHLMAN, Petitioner/Respondent,

v.

Robert F. KUHLMAN, Respondent/Appellant.

No. 57772.

Missouri Court of Appeals, Eastern District, Division Three.

Jan. 8, 1991.

Mary Ann Weems, Clayton, for respondent-appellant.

Robert N. Hamilton, Frank Susman, Clayton, for petitioner-respondent.

ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears.

*Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).